| | |
|---|---|
| **MCCARTER & ENGLISH, LLP**<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-4444<br>Attorneys for Defendants | **POLLACK & KAMINSKY**<br>114 West 47th Street<br>New York, NY 10036<br>(212) 575-4700<br>Attorneys for Defendants |

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD ULFERTS, Individually And On Behalf Of All Others Similarly Situated,<br><br>       Plaintiff,<br> -against-<br><br>FRANKLIN RESOURCES, INC.;<br>FRANKLIN ADVISERS, INC.; and<br>FRANKLIN/TEMPLETON<br>DISTRIBUTORS,<br>INC.,<br>       Defendants. | Civil Action No. 2:07-cv-01309-WJM-MF<br><br>**NOTICE OF MOTION TO DISMISS THE CLASS ACTION COMPLAINT** |

### DOCUMENT FILED ELECTRONICALLY

**PLEASE TAKE NOTICE** that on _____ at 10:00 a.m., or as otherwise scheduled by the Court, Defendants will move before the Honorable William J. Martini in the United States District Court, District of New Jersey, at the Martin Luther King, Jr. Federal Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for entry of an order dismissing the Class Action Complaint in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendants will rely upon the accompanying Memorandum of Law in Support of the Motion to Dismiss submitted herewith and a proposed form of Order.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested in this matter.

Dated: September 25, 2007

                                                        **POLLACK & KAMINSKY**

                                                  By: /s/ Daniel A. Pollack
                                                        Daniel A. Pollack
                                                        Martin I. Kaminsky
                                                        Edward T. McDermott
                                                        Anthony Zaccaria
114 West 47th Street
New York, NY 10036
Tel. (212) 575-4700
Fax (212) 575-6560

                                              **McCARTER & ENGLISH, LLP**

                                                By: /s/ Gregory J. Hindy
                                                        Joseph T. Boccassini
                                                        Gregory J. Hindy
                                                        Alitia F. Stockwell
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel. (973) 622-4444
Fax (973) 624-7070

*Attorneys for Defendants*