# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD ULFERTS, Individually And On Behalf Of All Others Similarly Situated,<br><br>              Plaintiff,<br>-against-<br><br>FRANKLIN RESOURCES, INC.;<br>FRANKLIN ADVISERS, INC.; and<br>FRANKLIN/TEMPLETON DISTRIBUTORS, INC.,<br>              Defendants. | Civil Action No. 2:07-cv-01309-WJM-MF |

## MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS

**POLLACK & KAMINSKY**
114 West 47th Street
New York, New York 10036
Tel. (212) 575-4700

**MCCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel. (973) 622-4444

Defendants move, pursuant to Rules 12(b)(1) and (6) Fed.R.Civ.P., to dismiss the Complaint for failure to state a legally cognizable claim. Defendants incorporate herein, and rely on the Memorandum of Law in Support of Motion to Dismiss filed in *Alexander*.

The same result reached by this Court on the pending Motion to Dismiss *Alexander* should be reached in *Ulferts*. The cases are substantively indistinguishable.

Dated: September 25, 2007

Respectfully submitted,

**POLLACK & KAMINSKY**

by: /s/ Daniel A. Pollack
    Daniel A. Pollack
    Edward T. McDermott
    Anthony Zaccaria

114 West 47th Street
New York, New York 10036
Tel. (212) 575-4700

**MCCARTER & ENGLISH, LLP**

by: /s/ Gregory J. Hindy
    Gregory J. Hindy

Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel. (973) 622-4444