**GUTRIDE SAFIER REESE LLP**
Michael R. Reese
230 Park Avenue, 10th Floor
New York, New York 10169
Telephone: 212.579.4625
Facsimile: 212.253.4272

**GUTRIDE SAFIER REESE LLP**
Seth A. Safier
835 Douglass Street
San Francisco, California 94114
Telephone: 415.271.6469
Facsimile: 415.449.6469

**LITE DEPALMA GREENBERG & RIVAS, LLC**
Bruce D. Greenberg
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: 973.623.3000
Facsimile: 973.623.0858

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD ULFERTS, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FRANKLIN RESOURCES, INC.; FRANKLIN ADVISERS, INC.; and FRANKLIN/TEMPLETON DISTRIBUTORS, INC.<br>Defendants. | Case No. 2:07-cv-01309-WJM-MF<br><br>PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT<br><br>Return Date: November 13, 2007 |

Plaintiff Donald Ulferts hereby incorporates and relies upon Plaintiff's Opposition to Defendants' Motion to Dismiss filed in *Alexander et al. v. Franklin Resources, Inc.*, Civ. No. 2:07-cv-008480-WJM-MF. For the same reasons stated in Plaintiff's Opposition in *Alexander*, Defendants' Motion to Dismiss the above-captioned case should be denied in its entirety.

Dated:  October 30, 2007

**LITE DEPALMA GREENBERG & RIVAS, LLC**

By: _____
Bruce D. Greenberg
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: 973.623.3000
Facsimile: 973.623.0858

**GUTRIDE SAFIER REESE LLP**
Michael R. Reese
230 Park Avenue, 10th Floor
New York, New York 10169
Telephone: 212.579.4625
Facsimile:  212.253.4272

**GUTRIDE SAFIER REESE LLP**
Seth A. Safier
835 Douglass Street
San Francisco, California 94114
Telephone:  415.271.6469
Facsimile:   415.449.6469

*Counsel for Plaintiffs*

1