UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD ULFERTS, Individually And On Behalf Of All Others Similarly Situated,<br><br>                    Plaintiff,<br>        -against-<br><br>FRANKLIN RESOURCES, INC.; FRANKLIN ADVISERS, INC.; and FRANKLIN/TEMPLETON DISTRIBUTORS, INC.,<br><br>                    Defendants. | Civil Action No. 2:07-cv-01309-WJM-MF |

## REPLY MEMORANDUM

**POLLACK & KAMINSKY**
114 West 47th Street
New York, New York 10036
Tel. (212) 575-4700

**MCCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel. (973) 622-4444

Plaintiff Ulferts does not make any separate or additional arguments in opposition to Defendants' Motion to Dismiss the Complaint, but simply "incorporates and relies upon Plaintiff's Opposition to Defendants' Motion to Dismiss filed in *Alexander v. Franklin Resources, Inc.*, Civ. No. 2:07-cv-00848-WJM-MF."

If *Alexander* is dismissed, it follows that *Ulferts* should be dismissed as well, as we suggested previously.

### Conclusion

The Complaint should be dismissed, with prejudice.

Dated:   November 1, 2007

Respectfully submitted,

**POLLACK & KAMINSKY**

by:   /s/  Daniel A. Pollack
        Daniel A. Pollack
        Edward T. McDermott
        Anthony Zaccaria

114 West 47th Street
New York, New York 10036
Tel.  (212) 575-4700

**MCCARTER & ENGLISH, LLP**

by:   /s/  Gregory J. Hindy
        Gregory J. Hindy

Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel.  (973) 622-4444
