**LITE DEPALMA GREENBERG & RIVAS, LLC**
Bruce D. Greenberg
Two Gateway Center
Newark, New Jersey 07102
Telephone: (973) 623-3000

- and -

**REESE RICHMAN LLP**
Michael R. Reese
230 Park Avenue, 10th Floor
New York, New York 10169
Telephone: (212) 579-4625

*Counsel for Plaintiff Donald Ulferts*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD ULFERTS, Individually And On Behalf Of All Others Similarly Situated, | Civil Action No. 2:07-cv-01309(WJM)(MF) |
| Plaintiff, | **NOTICE OF CHANGE OF COUNSEL FOR PLAINTIFF** |
| vs. | |
| FRANKLIN RESOURCES, INC., FRANKLIN ADVISERS, INC, and FRANKLIN/TEMPLETON DISTRIBUTORS, INC., | |
| Defendants. | |

177716 v1

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

Please take notice that counsel for plaintiff Donald Ulferts has been changed from Gutride Safier Reese LLP to Reese Richman LLP. Michael R. Reese of Reese Richman LLP shall continue to represent Mr. Ulferts in this action. Lite DePalma Greenberg & Rivas, LLC also shall continue to represent Mr. Ulferts.

Dated: May 1, 2008

**LITE DEPALMA GREENBERG & RIVAS, LLC**

By: /s/ Bruce D. Greenberg
Bruce D. Greenberg
Two Gateway Center
Newark, New Jersey 07102
Telephone: (973) 623-3000

- and -

**REESE RICHMAN LLP**
Michael R. Reese
230 Park Avenue, 10th Floor
New York, New York 10169
Telephone: (212) 579-4625

*Counsel for Plaintiff Donald Ulferts*